| | | |
|---|---|---|
| NEW YORK |  | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | **BRYAN SHAPIRO** | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1575 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 215 827 5457 | PITTSBURGH |
| LOS ANGELES | *E-MAIL:* BShapiro@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 20, 2023

BY ECF

The Honorable Joshua D. Wolson
United States District Judge for the Eastern
District of Pennsylvania
12613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Wolson@paed.uscourts.gov

      **Re:**    **Power Home Remodeling Group, LLC v. Stuckenschneider, Case No. 2:23-CV-02880**

Dear Judge Wolson:

    At Your Honor's request, attached is a copy of the Complaint in an OCR searchable format.

                                    Respectfully Submitted,

                                    */s/ Bryan Shapiro*

                                    Bryan Shapiro

BNS
Attachment