IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **POWER HOME REMODELING GROUP, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JON STUCKENSCHNEIDER,**<br><br>*Defendant.* | Case No. 2:23-cv-02880-JDW |

### ORDER

**AND NOW**, this 5th day of February, 2024, upon consideration of Plaintiff Power Home Remodeling Group, LLC's Motion For Leave To Amend (ECF No. 15), and for the reasons stated in the accompanying memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, on or before February 12, 2024, Plaintiff may file an Amended Complaint in a form substantially similar to the proposed Amended Complaint attached to its Motion, provided that it revises its proposed Amended Complaint to align with its representation that it does not assert a false advertising claim.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.