IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **POWER HOME REMODELING GROUP, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **JON STUCKENSCHNEIDER et al.**, <br><br> *Defendants.* | **Case No. 2:23-cv-02880-JDW** |

### ORDER

**AND NOW**, this 27th day of September, 2024, upon consideration of Defendant Rise Renovation, LLC's Motion To Dismiss For Lack Of Personal Jurisdiction (ECF No. 33), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** the Motion is **GRANTED**. Power Home Remodeling Group, LLC's claims against Rise are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.